FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 27 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-942 JP |
| | ) | |
| vs. | ) | Counts 1 and 2: 21 U.S.C. §§ 841(a)(1) |
| | ) | and (b)(1)(B): Distribution of 100 Grams |
| RUBEN CANDIDO PADILLA, a.k.a. | ) | and More of Heroin. |
| "Joseph Padilla," | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about May 31, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **RUBEN CANDIDO PADILLA**, unlawfully, knowingly, and intentionally distributed a controlled substance, 100 grams and more of a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

### Count 2

On or about June 17, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **RUBEN CANDIDO PADILLA**, unlawfully, knowingly, and intentionally distributed a controlled substance, 100 grams and more of a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

Counts 1 through 2 of this indictment are incorporated as part of this section of the indictment as if fully re-alleged herein for the purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **RUBEN CANDIDO PADILLA**, shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense for which the defendant is convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses of conviction.

The property to be forfeited to the United States includes, but is not limited to, the following:

1. MONEY JUDGMENT

   A sum of money not to exceed $4,400 in U.S. currency, representing the property constituting, or derived from, any proceeds that defendant obtained, directly or indirectly, as a result of the offenses set forth in Counts 1 and 2.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Assistant United States Attorney

SA
3/22/2019 11:29 AM

/s/_____
FOREPERSON OF THE GRAND JURY